IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **TREMANE D. CARTHEN,**     ) | |
|         Plaintiff,                            ) | Case No. 7:22-cv-00202 |
|                                                     ) | |
| v.                                               ) | |
|                                                     ) | By: Michael F. Urbanski |
| **LT. LAFAVE,** <u>et</u> <u>al.</u>,         ) | Chief United States District Judge |
|         Defendants.                      ) | |

## **MEMORANDUM OPINION**

Plaintiff Tremane D. Carthen, a federal inmate proceeding <u>pro se</u>, filed this civil action under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). By order entered April 11, 2022, the court directed Carthen to submit certain financial information within twenty days in order to obtain authorization to proceed without prepayment of the filing fee. <u>See</u> ECF No. 2. The order expressly warned Carthen that failure to submit the requested information would result in the dismissal of this action without prejudice.

As of this date, Carthen has not provided the requested financial information or had any further communication with the court. He has not complied with the court's order, and the time for doing so has expired. Accordingly, the court will dismiss the action without prejudice. <u>See</u> <u>Ballard v. Carlson</u>, 882 F.2d 93, 95–96 (4th Cir. 1989) (recognizing that courts have the authority to order dismissal of an action for failure to comply with court orders, and finding that dismissal was appropriate where the <u>pro se</u> litigant disregarded a court order despite being warned that failure to comply would result in dismissal).

An appropriate order will be entered.

Entered: June 3, 2022

Digitally signed by Michael F. Urbanski Chief U.S. District Judge
Date: 2022.06.03 12:13:05 -04'00'

Michael F. Urbanski
Chief United States District Judge

2